FILED

2026 SEP 25 AM 9:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ______

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>V.<br>ELIEZER NAVARRO MEDINA<br>USMS# 95612-512 DEFENDANT | CASE NUMBER: 2:26-MJ-02611-23<br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 9-25-2026 0800 ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   21 USC 841 (A) (1)
5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☑ No ☐ Yes Language: N/A
7. Year of Birth: 1994
8. Defendant has retained counsel: ☑ No

   ☐ Yes Name: N/A Phone Number:
9. Name of Pretrial Services Officer notified: DUTY
10. Remarks (if any): N/A
11. Name: Santa, J (please print)
12. Office Phone Number: (213) 620-7676 13. Agency: USMS
14. Signature: J. SANTA 15. Date: 9-25-2026